2009-36320
FILED
August 02, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001997402

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
Edward Starrs )
)
) Case No.
)
)
Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]   on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]   typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ]   electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __16__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:   August 2, 2009                        /s/ Edward Starrs
                                                Debtor's Signature

EDC 2-100  (Rev. 10/2007)

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Edward Starrs

Bmw Financial Services
Po Box 3608
Dublin, OH 43016

Cit Fin Serv
Po Box 624
Marlton, NJ 08053

Citibank (South Dakota) N.A.
c/o Michael S. Hunt
151 Bernal Rd, Ste 8
San Jose, CA 95119

Deana M Starrs
2716 Highland Hills Drive
El Dorado Hills, CA 95762

El Dorado County Treasurer
P.O. Box 678002
Placerville, CA 95667-8002

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

G M A C
Po Box 12699
Glendale, AZ 85318

Harvard Collection
4839 N Elston Ave
Chicago, IL 60630

Hsbc/rs
Hsbc Retail Services Attn: Bankruptcy
Po Box 15522
Wilmington, DE 19850

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

International Capital Group, LLC
P.O. Box 547
Plainfield, IN 46168-0547

National City Bank
Attention:  Bankruptcy Department
6750 Miller Road
Brecksville, OH 44141

P Stassinos
5150 Sunrise Bv
Fair Oaks, CA 95628

Placer Foreclosure Inc.
12190 Herdal Drive
Auburn, CA 95603

The Robert S. and Star Pepper Trust
c/o Jeffrey M. Jones
2330 E. Bidwell St. Ste. 201
Folsom, CA 95630

Verdeo Capital Group, Inc.
4168 Douglas Boulevard, Ste 200
Granite Bay, CA 95746